## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:23-mj-00081-JCN |
| | ) | |
| AARON D. HOSTER | ) | |

### COMPLAINT

The undersigned complainant, being duly sworn, states:

### COUNT ONE
### (Wire Fraud)

Between on about June 16, 2021 and August 11, 2022, in the District of Maine and elsewhere, the Defendant AARON D. HOSTER, knowingly devised, intended to devise, and participated in a scheme and artifice to defraud Home Depot, as to material matters, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, by knowingly transmitting and causing to be transmitted by means of wire communication in interstate commerce any writings, signs, signals and sounds for the purpose of executing such scheme and artifice.

The defendant thus violated Title 18, United States Code, Section 1343.

### COUNT TWO
### (Attempted Wire Fraud)

On about March 13, 2023, in the District of Maine and elsewhere, the Defendant AARON D. HOSTER, knowingly attempted to devise, intend to devise, and participate in a scheme and artifice to defraud Home Depot, as to material matters, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, by

knowingly transmitting and causing to be transmitted by means of wire communication in interstate commerce any writings, signs, signals and sounds for the purpose of executing such scheme and artifice.

The defendant thus violated Title 18, United States Code, Sections 1343 and 1349.

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference herein.

Loren Thresher
Special Agent
Homeland Security Investigations

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date: Apr 11 2023

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title