OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

August 10, 2023

Harris A. Mattson, Esq.
Silverstein & Mattson P.A.
21 Main Street, Suite 202
Bangor, Maine 04401

RE: USA v. AARON D. HOSTER
Criminal No. 1:23-cr-00082-JAW
Magistrate No. 1:23-mj-00081-JCN

Dear Attorney Mattson:

This matter has been scheduled for a waiver of indictment and arraignment before the Honorable, John A. Woodcock, Jr. The proceeding will take place in Courtroom No. 2 at the U.S. District Court, located at 202 Harlow Street, Bangor, Maine at 3:30 p.m. on August 17, 2023.

You must contact the U. S. Probation Office in Bangor at (207) 945-0369 immediately to schedule an interview for your client prior to your appearance in court. The information requested will determine your client's eligibility for release on bail pending further proceedings.

The defendant will be required to identify every prescription medication (s)he is taking and to specify the dosage and frequency, purpose and effects of the medication. (The same requirement applies to medications prescribed but NOT taken, with an additional requirement that the defendant explain why it was not taken and the consequences of the failure to take it.) Failure to do so satisfactorily may result in the judge's refusal to accept the plea. Counsel may find it convenient to use a written list for this purpose.

The court is aware that you are acting as court appointed counsel.

Sincerely,
CHRISTA K. BERRY, CLERK

By /s/ Joanne Deering
Deputy Clerk

cc: Andrew McCormack, AUSA
U.S. Marshal Service
U.S. Probation Office