<pre>
                    UNITED STATES DISTRICT COURT
                          DISTRICT OF MAINE
</pre>

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1:23-cr-00082-JAW |
| AARON D. HOSTER | |

## REVISED INFORMATION

The United States Attorney charges:

## INTRODUCTION

Between about June 16, 2021 and April 24, 2023, in the District of Maine and elsewhere, the Defendant AARON D. HOSTER, knowingly devised, intended to devise, and participated in a scheme and artifice to defraud Home Depot and Lowes, as to material matters, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

It was part of the scheme that on multiple occasions at Home Depot and Lowes stores throughout Maine, the Defendant engaged in "ticket-switching," where he would remove a Universal Product Code (UPC) from a relatively low-priced item and apply it over the UPC of a higher-priced item. Then, at the self-service checkout, the Defendant would scan the UPC of the low-priced item but depart the store with the high-priced item. The Defendant paid for these items using his debit/credit card. At both Lowes and Home Depot, the banking information entered via the debit/credit card in Maine was transferred to data servers outside the state of Maine for processing before being returned to the register in Maine.

For the purpose of executing this scheme and in furtherance of this scheme, the Defendant knowingly caused an interstate wire communication to be used for each of the transactions during the period of the scheme. In total, the scheme involved 160 such wires totaling $51,269.61 in losses. Two of those wire communications are described below.

**COUNT ONE**
**(Wire Fraud)**

On about August 11, 2022, at the Home Depot in Topsham, Maine, for the purpose of executing the scheme to defraud described above, the Defendant knowingly caused to be transmitted in interstate commerce by wire communication certain writings, signs and signals. Specifically, the Defendant scanned a UPC for a Dewalt .80 x 225 Ft Trimmer Line, valued at $19.98, and paid electronically by using a debit card. The actual item purchased by the Defendant was a DeWalt 20 volt 16 gauge cordless finish nailer kit valued at $439.00. As a result of the Defendant's use of his debit card to pay for the transaction, the Home Depot transmitted transaction information via point-of-sale terminals to locations out of state.

The Defendant thus violated Title 18, United States Code, Section 1343.

**COUNT TWO**
**(Attempted Wire Fraud)**

On about March 13, 2023, at the Home Depot in Waterville, Maine, for the purpose of executing the scheme to defraud described above, the Defendant knowingly caused to be transmitted in interstate commerce by wire communication certain writings, signs and signals. Specifically, the Defendant scanned a UPC for an Oatey 1-

1/4" chrome plated plastic tailpiece with sink drain stop and overflow plug, valued at $11.36, at 11:51 AM and paid using a debit card. The actual item purchased by the Defendant was a Ridgid K-45 powered drain cleaner valued at $429.00. As a result of the Defendant's use of his debit card to pay for the transaction, the Home Depot transmitted transaction information via point-of-sale terminals to locations out of state. After paying for the item, the Defendant was confronted by store security. The defendant abandoned his cart as he exited the store.

      The Defendant thus violated Title 18, United States Code, Sections 1343 and 1349.

Dated: September 8, 2023                              DARCIE N. MCELWEE
                                                                                United States Attorney

                                                                               BY: /s/ ANDREW McCORMACK
                                                                               ANDREW McCORMACK
                                                                               Assistant United States Attorney